| DIST. | OFF. | NUMBER | MC | YEAR | | | | | | | NUMBER | DEM. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 422 | 1 | 78 | 0862 | 12 19 78 | 1 | 42 | 1 | | | X | 2211 | | 78 862-A |

| PLAINTIFFS | | DEFENDANTS 81-1548 USCA 79-1599,1600 |
|---|---|---|
| UNITED STATES OF AMERICA | | COUNTY OF FAIRFAX, VIRGINIA<br>~~WHORTON, Leonard, County~~ 81-2089<br>~~Executive~~ (see attached)<br>and<br>Members of the Board of County<br>  Supervisors:<br>HERRITY, John F.<br>CIKINS, Warren I.<br>MAGAZINE, Alan H.<br>MOORE, Audrey<br>PENNINO, Martha<br>SCOTT, James S.<br>SHACOCHIS, John P.<br>TRAVESKY, Marie B.<br>ALEXANDER, Joseph |
| 42 USC 2000e, 42 USC 3766, 31 USC 1242 - Failure to file information concerning nondiscrimination provisions of State & Local Fiscal Assistance Act of 1972, etc. | CAUSE | OFFICE OF SHERIFF AND JAIL<br>SWINSON, James D., Sheriff, County<br>  of Fairfax<br>FAIRFAX-FALLS CHURCH COMMUNITY<br>  SERVICES BOARD<br><br>(SEE ATTACHED) |

| | ATTORNEYS | |
|---|---|---|
| Linda B. Bridgeman, AUSA<br>~~William B. Cummings, USA~~<br>and<br>Katherine P. Ransel<br>Civil Rights Division<br>Department of Justice<br>Washington, D.C.  20530<br>633-3816<br><br><br>Stephen Halbrook, Esq.<br>4150 Chain Bridge Road<br>Fairfax, Va. 22030<br>385-8610<br><br>(ATTY. FOR APPELLANT -<br>Appeal filed: 10-28-81) | | Robert L. Howell<br>~~Frederick Lee Ruck, County Atty.~~<br>~~Jack L. Gould, Asst. County Atty.~~<br>~~Edward E. Rose,   "      "      "~~<br>~~4100 Chain Bridge Road~~<br>~~Fairfax, Virginia, 22030~~<br>~~691-2421 or 691-3371~~<br>10505 Jones St., P.O. Box 367<br>Fairfax, Va. 22030   385-7764<br><br>Thomas Rawles Jones, Esq.<br>Special Master<br>439 N. Lee St., Alex., Va.<br>836-9000<br><br>Exhibits and deposition<br>destroyed 2-24-83<br><br>John J. Brandt, Esq.<br>Robert S. Corish, Esq.<br>SLENKER, BRANDT, JENNINGS A[ND]<br>  JOHNSTON<br>P.O. Box 2908<br>Merrifield, VA  22116-2908<br>(703) 849-8600 (Fx. Co.<br>  Sheriff's Dept.) |

| | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| | | | | JS-5 | |
| | | | | JS-6 | |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1978 | | |
| Dec. 19 | | COMPLAINT - filed. jn |
| Dec. 19 | | SUMMONS (orig. & 10) issued and given to the Marshal for service. jn |
| Dec. 26 | | MARSHAL'S return executed 12-20-78 as to all defts.   jw |
| 1979 | | |
| Jan. 9 | | NOTICE of taking deposition of Agent of Fairfax County to testify on status, grant amount, etc. - filed by U. S.   jw |
| Jan. 9 | | AMENDMENT to the complaint by adding as deft. Joseph Alexander - filed.  jw |
| Jan. 9 | | SUMMONS (Orig. & 1) issued and given to Marshal for service as to deft. Joseph Alexander.  jw |
| Jan. 9 | | NOTICE returnable 1-19-79 together with MOTION for preliminary relief or, in the alternative, for preliminary injunction; AFFIDAVIT of J. Hamilton Lambert; MEMORANDUM of law in support of Motion - filed by the Defts.   dj |
| Jan. 9 | | ANSWER - filed by Defts.    dj |
| Jan. 10 | | NOTICE returnable 1-12-79 on Motion requesting that the Court postpone hearing for injunctive relief now scheduled for 1-19-79, until 2-2-79 and Motion requesting Court permit the depositions scheduled for 1-19-79 to be conducted as scheduled; MEMORANDUM in support of same - filed by U.S.    dj |
| Jan. 12 | | OPPOSITION of defendants' to plaintiff's request for postponement of hearing and for leave to conduct early discovery - filed by the pltf. in Open Court.   jec |
| Jan. 12 | | TRIAL PROCEEDINGS: (ORL) (Reporter-Neuhaus) This matter came on for hearing on motions. Appearances of counsel. Motion of U.S. requesting the Court postpone hearing for injunctive relief now scheduled for 1-19-79, until 2-2-79 - denied, to be heard on 1-19-79. Motion of U.S. requesting Court to permit the deposition scheduled for 1-19-79 be conducted as scheduled - denied, deposit of personnel manager can be taken on 1-15-79 and may inspect his documents.   jec |
| Jan. 12 | | MARSHAL'S return on summons executed 1-10-79 as to deft. Alexander - filed.           rw |
| Jan. 16 | | TRANSCRIPT of trial proceedings of 1/12/79 - filed.       pn |
| Jan. 18 | | MEMORANDUM in Opposition to Defts' Motion for preliminary relief or, in the alternative, for preliminary injunction - filed by U.S. |
| Jan. 19 | | TRIAL PROCEEDINGS: (ORL) (Reporter-Neuhaus) This matter came on for hearing on defts'. motion for preliminary relief or, in the alternative for preliminary injunction. Appearances of counsel. Motion argued and taken under advisement. Court will enter order. A pretrial order will be entered by the Court today. Parties will have till March 1, 1979 to complete discovery and filing of motions & amendments. Trial date will be set on the next pre-trial.   jec |
| Jan. 19 | | PRETRIAL ORDER (ORL) All discovery must be concluded by March 16, 1979 Formal pre-trial scheduled for March 22, 1979 at 3:10 p.m. entered and filed. Copies sent.  jec |
| Jan. 30 | | MEMORANDUM opinion and ORDER granting defts.' motion for preliminary relief, or in the alternative, for a preliminary injunction, enjoining the suspension of the LEAA funds during the pendency of this suit; leave is granted the pltf. to file an amended complaint etc. entered - filed. Copies sent. (ORL) jn |
| Jan. 30 | | CONSENT of Fairfax County, et al., to the U.S. amended complaint - filed. jn |
| Jan. 30 | | AMENDED complaint - filed. jn Copies given to the Marshal for service |

| CIVIL DOCKET CONTINUATION SHEET | | | FPI-MI—3-14-75-50M-3511 |
|---|---|---|---|
| PLAINTIFF | DEFENDANT | | DOCKET NO. 78-862-A |
| | | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | REMAINING DEFTS. |
| | | |
| | | MOORE, Gene, Chairman of the Fairfax-Falls Church Services Bd |
| | | WATSON, Jack M., Executive Dir. of Fairfax-Falls Ch. Ser. Bd. |
| | | THE FAIRFAX COUNTY PARK AUTHORITY |
| | | HOLLEY, Estelle R., Chairman of the Bd. of Fairfax Co. Park Auth. |
| | | DOWNS, Joseph P., Director of the Fairfax Co. Park Auth |
| | | |
| | | LAMBERT, J. Hamilton, Acting County Executive (Co. of Fairfax) |

DC-111A REV. (1/75)

| CIVIL DOCKET CONTINUATION SHEET | | | FPI-MI—3-14-75-50M-3511 |
|---|---|---|---|
| PLAINTIFF | DEFENDANT | | DOCKET NO. _____ |
| | | | PAGE ___ OF ___ PAGE |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 78-862-A |
|---|---|---|
| | | PAGE 2 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1979 | | together with copies of the Memorandum Opinion and Order as to defts. Watson, Moore, Swinson, Holley and Downs. jn |
| Jan. 30 | | ANSWER to amended complaint of U.S. - filed by defts.    rw |
| Jan. 30 | | TRANSCRIPT of proceedings of 1-19-79 - filed.    rw |
| Feb. 5 | | MARSHAL'S return on AMENDED COMPLAINT and ORDER executed 1-31-79 as to defts. Moore, Holley, Swinson, Watson, and Downs - filed. rw |
| Feb. 6 | | APPLICATION for a temporary restraining order and MOTION for a preliminary injunction - filed by pltf.    rw |
| Feb. 6 | | AFFIDAVIT of Ellen K. Wayne in support of pltf's motion for a temporary restraining order and preliminary injunction - filed.   rw |
| Feb. 6 | | AFFIDAVIT of Katherine P. Ransel in support of pltf's application for a temporary restraining order and motion for a preliminary injunction - filed.   rw |
| Feb. 6 | | MEMORANDUM in support of application for a temporary restraining order and motion for a preliminary injunction - filed by pltf.   rw |
| Feb. 7 | | MOTION for reconsideration and vacation of Memorandum Opinion and Order entered on January 30, 1979 - filed by the U.S.   jec |
| Feb. 7 | | MEMORANDUM in support of motion for reconsideration and vacation - filed by the U.S.   jec |
| Feb. 7 | | MOTION to withdraw the United States' application for a temporary restraining order and motion for preliminary injunction - filed. |
| Feb. 9 | | FIRST INTERROGATORIES to U.S. - filed by defts.   bd |
| Feb. 12 | | ANSWER to amended complaint - filed by defts.   rw |
| Feb. 13 | | REQUEST for production of documents - filed by Pltf.   dj |
| Feb. 13 | | FIRST Interrogatories - filed by Pltf.   dj |
| Feb. 13 | | NOTICE returnable 2-16-79 together with MOTION to compel; MEMORANDUM in support of same - filed by U.S.   dj |
| Feb. 14 | | MEMORANDUM of law in opposition to Pltf's. Motion for reconsideration and vacation - filed by Defts.   dj |
| Feb. 16 | | ORDER that deft.'s motion for preliminary relief or, in the alternative, for a preliminary injunction enjoining the suspension of any LEAA funds during the pendency of this suit is hereby granted for the reasons stated in the Memorandum Opinion filed 1-30-79, entered - filed Copies sent (ORL)   jw |
| Feb. 23 | | ANSWERS to deft's first set of written interrogatories - filed by pltf.   rw |
| Feb. 27 | | NOTICE returnable 3-2-79 together with MOTION to compel answers to Interrogatories, or, in the alternative, to strike the pleadings, and statement in support thereof - filed by Defts.   dj |
| Feb. 27 | | NOTICE returnable 3-2-79 together with MOTION for Order to answer Interr. #26;  MEMORANDUM in support of same - filed by U.S.  dj |
| Feb. 27 | | NOTICE returnable 3-2-79 together with MOTION to compel answers to Interrogatories and Production of Documents; AFFIDAVIT of Katherine P. Ransel; MEMORANDUM in support of same - filed by U.S.   dj |
| Feb. 28 | | OBJECTIONS to Pltf's. First Interrogatories; Objection to Interrogator No. 6 - filed by Defts.   dj |
| Mar. 1 | | MEMORANDUM in Opposition to Defts. Motion to compel, or, in the alternative to strike the pleadings; AFFIDAVIT of Ellen Kabcenell AFFIDAVIT of Katherine P. Ransel in support of Opposition - filed by U.S.   dj |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET                                FPI-MI—3-14-75-50M:3511

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| | | PAGE ___ OF ___ PAGE |

| DATE 1979 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 2 | | MEMO. in opposition to pltf's motion to compel - filed by defts. b |
| Mar. 2 | | AFFIDAVIT of James P. McDonald - filed. bd |
| Mar. 2 | | RESPONSE to pltf's request for production of documents - filed by defts. bd |
| Mar. 2 | | ANSWERS to pltf's interrogatories - filed by defts. bd |
| Mar. 2 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: Bachenberg. This matter came on for a hearing on motions. Appearances: of counsel. Defts.' motion to compel answers to interrogatories, or, in the alternative, to strike the pleadings and statement in support thereof - argued and denied. U.S. motion for an order to compe answer to interrogatory #26 - not heard. U.S. motion to compel answers to interrogatories and production of documents - not heard. jn |
| Mar. 2 | | ORDER that the pltf. shall safeguard the confidentiality of all written examinations provided pltf. by defts. and that any suc examinations submitted to the Court shall be submitted under seal, etc. entered - filed. Copies sent. (AVB) jn |
| Mar. 5 | | ORDER that the U. S. must fully answer interrogatory 26 to the exter it is able to obtain the requested information, entered - file copies sent (AVB) jw |
| Mar. 5 | | DEPOSITION of Dale E. Friesz (1-15-79) - received. (RECEIVED: 3-2-79) jn |
| Mar. 5 | | DEPOSITION of Dale E. Friesz (1-16-79) - received. (RECEIVED: 3-2-79) jn |
| Mar. 5 | | DEPOSITION of Dale E. Friesz (2-6-79) - received. (RECEIVED: 3-2-79) jn |
| Mar. 5 | | DEPOSITION of Dale E. Friesz (2-8-79) - received. (RECEIVED: 3-2-79) jn |
| Mar. 5 | | DEPOSITION of Dale E. Friesz (2-9-79) - received. (RECEIVED: 3-2-79) jn |
| Mar. 5 | | DEPOSITION of Richard A. King - received. (RECEIVED: 3-2-79) jn |
| Mar. 5 | | DEPOSITION of Oliver T. Willis - received. (RECEIVED: 3-2-79) jn |
| Mar. 9 | | NOTICE returnable 3-16-79 together with MOTION in limine and Statement in support thereof; AFFIDAVIT of Daniel J. Lanigan; AFFIDAVIT of Cornelius J. O'Kane - filed by Defts. dj |
| Mar. 12 | | DEFENDANTS' supplemental response to plaintiff's request for production of documents - filed. jec |
| Mar. 12 | | DEFENDANTS supplemental answers to plaintiff s interrogatories - filed. jec |
| Mar. 13 | | NOTICE returnable 3-16-79 together with MOTION to compel answers to Interrogatories and Request for production of documents served on Defts. 2-12-79; MEMORANDUM in support of same - filed by Pltf. dj |
| Mar. 13 | | SUPPLEMENTAL Answers to Defts' Interrogatories #22 & #23 - filed by Pltf. dj |
| Mar. 14 | | NOTICE returnable 3-15-79 at 9:30 A.M. together with MOTION to quash subpoena of David L. Rose; MEMORANDUM in support of same filed by Pltf. dj |
| Mar. 14 | | MEMORANDUM in Opposition to Defts'. Motion in Limine - filed by Plt |
| Mar. 14 | | AFFIDAVIT of Cathie Diane Greene in support of above Opposition to Defts'. Motion in Limine - filed. dj |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET                                        FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | C/A DOCKET NO. 78=862-A PAGE 3 OF ___ PAGES |

| DATE 1979 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 15 | | TRIAL PROCEEDINGS: J. Bryan. This matter came on for hearing on Govts. motion to quash subpoena of David L. Rose. Appearances of counsel. Motion argued and granted. tb |
| Mar. 15 | | SECOND INTERROGATORIES to defts. - filed by U.S.  bd |
| Mar. 16 | | SUPPLEMENTAL answers to interrogatories - filed by defts.  bd |
| Mar. 16 | | SUPPLEMENTAL response to pltf's request for production of documents - filed by defts.  bd |
| Mar. 16 | | AFFIDAVIT of J. Hamilton Lambert - filed.  bd |
| Mar. 16 | | STIPULATION re map-exhibit - filed.  bd |
| Mar. 16 | | TRIAL PROCEEDINGS: (ORL) Reporter: Gill. Appearances of counsel. Matter comes on for hearing on motions. Defts' motion in limine - argued and Govt. to file in writing the boundary of the labor market and they are to limit the job categories. Govt's motion to compel answers to interrogatories and request for production of documents served on defts. 2-12-79 - defts. to answer the interrogatories and to make available all job classifications for copying.  bd |
| Mar. 20 | | REQUEST for admission - filed by pltf.  rw |
| Mar. 20 | | SUPPLEMETAL answers to deft's interrogatories - filed by pltf.  rw |
| Mar. 20 | | REQUESTS for Admissions filed by U. S. tb |
| Mar. 20 | | SUPPLEMENTAL answers to defts. Interrogatories filed by U.S. tb |
| Mar. 22 | | PRE-TRIAL CONFERENCE (AVB) Appearances: of counsel Case set for trial 4-9-79 non-jury.  jw |
| Mar. 22 | | SUPPLEMENTAL answers to pltf.'s interrogaotires - filed by defts. jw |
| Mar. 22 | | RESPONSE to pltf.'s request for admission - filed by defts.  jw |
| Mar. 22 | | SUPPLEMENTAL response to pltf.'s request for production of documents - filed by defts.  jw |
| Mar. 22 | | RESPONSE to pltf.'s second interrogatories - filed by defts.  jw |
| Mar. 22 | | WITNESSES list - filed by U. S.  jw |
| Mar. 22 | | EXHIBITS list - filed by U. S.  jw |
| Mar. 22 | | LIST of witnesses and exhibits - filed by defts.  jw |
| Mar. 22 | | AFFIDAVIT of Ellen K. Wayne - filed.  jw |
| Mar. 22 | | AFFIDAVIT of Paula M. Carmody - filed.  jw |
| Mar. 22 | | DEPOSITION of David L. Rose - received.  jw |
| Mar. 23 | | TRANSCRIPT of proceedings on 3-15-79 - filed. jn |
| Mar. 28 | | SUPPLEMENTAL Answers to Interrogatory No. 5 - filed by Defts.  dj |
| Mar. 28 | | EXHIBIT LIST - filed by U.S.  dj    (Filed 3-27-79) |
| Mar. 28 | | NOTICE returnable 3-30-79 together with MOTION for an Order compelling Deft. County of Fairfax to produce the base application data from which it has compiled Deft's. Exhibits 1,2,27,46,47, 49 and 50 and to hear Motion to strike Deft's. Objection to Pltf's. Exhibits filed on 3-26-79 - filed by U.S.  dj (Filed 3-27-79) |
| Mar. 28 | | ORDER that Pltf. shall have until 5:00 P.M., March 27, 1979, to file with the Court those computer runs it may seek to have admitted into evidence at trial; FURTHER ORDERED that Pltf. shall deliver copies of above it may seek to have admitted into evidence at trial to counsel for Defts. no later than 5:00 P.M. 3/27/79; FURTHER ORDERED that parties shall simultaneously exchange written opinions of any statistical and economic experts by close of business 3-27-79 - entered & filed. Copies sent. (AVB)  dj |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET                                   FPI-MI—3-14-75-50M/3511

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ___ OF ___ PAGES |

| DATE 1979 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 28 | | FURTHER objections to pltf's proposed exhibits - filed by defts. |
| Mar. 28 | | DEPOSITION of R. Thomas Lowe - received. |
| Mar. 28 | | DEPOSITION of George H. Alexander - received. |
| Mar. 28 | | DEPOSITION of Fred K. Kramer - received. |
| Mar. 28 | | DEPOSITION of Jamed D. Swinson - received. |
| Mar. 28 | | DEPOSITION of Cornelius J. O'Kane - received. |
| Mar. 28 | | DEPOSITION of Joseph P. Downs - received. |
| Mar. 28 | | DEPOSITION of Jack M. Watson, Jr. - received.    bd |
| Mar. 29 | | OBJECTIONS to Pltf's. proposed exhibits - filed by Defts.    dj |
| Apr. 2 | | OBJECTIONS to deft's proposed exhibits - filed by pltf.    rw |
| Apr. 3 | | TRANSCRIPT of Judge's remarks on 3/2/79 - filed.    co |
| Apr. 3 | | SUPPLEMENTAL witness list - filed by U.S.    bd |
| Apr. 4 | | SUPPLEMENTAL witness list - filed by U.S.    bd |
| Apr. 4 | | SUPPLEMENTAL witness list - filed by defts.    co |
| Apr. 4 | | FURTHER objection to Pltf's. proposed exhibits - filed by defts.    co |
| Apr. 4 | | DEPOSITION of Samuel A. Patteson, Jr. - received.    co |
| Apr. 6 | | SECOND amended exhibit list - filed by pltf.    rw |
| Apr. 6 | | ORDER granting Pltf. to withdraw exhibits 2 through 7, 15, 17, 19 and 119 and be substituted and that Defts' exhibits 1,2,5,24,46, 47,48,49,50,53 and 59 may be withdrawn and substituted, that Eugene Gray, Deputy Chief of Fire & Rescue Services may be substituted for Chief George Alexander on defts' witness list and that James Neal may be substituted for Betty Wright on Pltf's witness list - entered & filed. Copies sent. (AVB) dj (Filed 4-5-79) |
| Apr. 6 | | PRETRIAL brief of U. S. filed. tb |
| Apr. 6 | | PROPOSED findings of fact filed by U. S. tb |
| Apr. 9 | | DEFENDANTS proposed Findings filed in open court. tb |
| Apr. 9 | | PRETRIAL brief of the U. S. filed in open Court. tb |
| Apr. 9 | | PROPOSED findings of fact filed by U. S. in open Court. tb |
| Apr. 9 | | PROPOSED Conclusions of law filed by U. S. in open Court. tb |
| Apr. 9 | | THIRD Amended exhibit list for Pltf. U. S. filed in open Court. tb |
| Apr. 9 | | STIPULATIONS filed by defts, in open Court. tb |
| Apr. 9 | | TRIAL PROCEEDINGS: J. Bryan. This matter came on for trial by the Cou Appearances. Parties and counsel. Pltf. adduced evidence and rest Court adjourned until 4-10-79 at 10:00 A.M. tb |
| Apr. 10 | | TRIAL PROCEEDINGS: J. Bryan. This matter came on for further trial the Court. Defts. adduced part of evidence and Court adjourned u 4-11-79 at 10:00 A.M. tb |
| Apr. 10 | | TRANSCRIPT of Proceedings of 3/16/79 filed. tb |
| Apr. 11 | | TRIAL PROCEEDINGS:(J. Bryan)(Reporter:Brayboy) This matter came on for further trial by Court. Appearances - parties and counsel. Deft. adduced remaining evidence and rests. All defts. exhibits admitted with exception of #65 which is limited admissability. Pltf. puts on rebuttal evidence. Final arguments heard Supplemental findings of facts to be filed by both parties on April 16. Matter taken under advisement. Court adjourned. can |
| Apr. 17 | | SUPPLEMENTAL proposed findings of facts - filed by U.S.    rw |
| Apr. 17 | | SUPPLEMENTAL Brief for the United States - filed by U.S.    rw |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET                                           FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. 78-862-A |
|---|---|---|
| | | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1979 | | |
| Apr. 20 | | MEMORANDUM OPINION and ORDER permanently enjoining those defts. who are involved with the employment of women in EEO-4 job category 8 from disciminating on the basis of sex; the prayers for relief contained in the amended complaint are denied, except to the extent just stated; each party shall bear its own costs; the Court shall retain jurisdiction to enforce the injunction entered - filed. Copies sent. (AVB) jn |
| May 21 | | TRANSCRIPT of proceedings of April 9, 1979 - filed. jw |
| June 11 | | TRANSCRIPT of proceedings on 4/10/79 - filed. co |
| Jun. 19 | | NOTICE of appeal of Order of 4-20-79 - filed by the U.S. Copies sent. j |
| Jun. 19 | | AFFIDAVIT of Jim Loftus - filed. (FILED: 1-18-79) jn |
| Jun. 19 | | AFFIDAVIT of Paul Ingersoll - filed. (FILED: 1-18-79) jn |
| Jun. 19 | | AFFIDAVIT of Daniel J. Lanigan - filed. (FILED: 4-11-79) jn |
| Jun. 19 | | PROPOSED findings - filed by the defts. (FILED: 4-16-79) jn |
| Jun. 20 | | TRANSCRIPT of proceedings on 4-11-79 - filed. jn |
| Jul. 3 | | NOTICE of appeal of paragraph 1 of Order of 4-20-79 - filed by defts. Copies sent. jn |
| Jul. 10 | | RECORD on appeal in 25 volumes mailed to the U.S.C.A. (All exhibits hand carried by U.S. Attorney's office to Richmond) jn |
| 1980 | | |
| Jul. 24 | | COPY of printed opinion of U.S.C.A. decided 7-23-80 vacating the decision of the U.S.D.C. and remanding this case for further proceedings received & filed. Record not returned. jn |
| Sep. 11 | | PRETRIAL ORDER: (AVB) All discovery to be completed by 10-10-80. Formal pretrial set for 10-16-80 at 4:10p.m. co |
| Sep. 16 | | CERTIFIED copy of judgment of U.S.C.A. together with printed copy of opinion vacating the decision of U.S.D.C. and remanding this case for further proceedings - received & filed. Record returned. co Petition for rehearing denied. |
| Sep. 17 | | NOTICE returnable 9-19-80 together with MOTION to shorten time in which to answer Interrogatories and Requests for Production of Documents and, if further evidence on liability is to be admitted, to extend time for discovery; MEMORANDUM in support of same - filed by U.S. dj |
| Sep. 17 | | INTERROGATORIES and REQUEST for Production - filed by U.S. dj |
| Sept. 19 | | TRIAL PROCEEDINGS: J. Bryan. This matter came on for hearing on U.S. motion to shorten time in which to answer Interr. & requests for Production of Documents and, if further evidence on liability is to be admitted, to extend time for discovery. Appearances of counsel. Motion argued and pretrial continued until 11-20-80 at 4:50 P.M. Discovery cut off 11-14-80. tb |
| Sep. 22 | | INTERROGATORIES and request for production - filed by pltf. jn |
| Oct. 1 | | REQUEST for production - filed by pltf. U. S. jw |
| Oct. 6 | | INTERROGATORIES propounded to pltf. - filed by deft. cc |
| Oct. 6 | | INTERROGATORY and request for production of documents - filed by pltf. on 10/3/80. cc |
| Oct. 7 | | NOTICE returnable 10-10-80 together with MOTION to compel answers to Interrogatories and Requests for Production of Documents; MEMORANDUM in support of same - filed by U.S. dj |
| Oct. 8 | | OBJECTIONS to Interrogatories and Requests for Production - filed by Defts. dj |

DC-111A REV. (1/75)

| CIVIL DOCKET CONTINUATION SHEET | | | FPI:MI—3-14-75-50M-3511 |
|---|---|---|---|
| PLAINTIFF | DEFENDANT | | DOCKET NO. _____ |
| | | | PAGE ___ OF ___ PAGES |

| DATE 1980 | NR. | PROCEEDINGS |
|---|---|---|
| Oct. 10 | | TRIAL PROCEEDINGS: (AVB) Reporter: Brayboy. Appearances of couns<br>Matter came on for hearing on Govt's motion to compel answers t<br>interrogatories and requests for production of documents –<br>argued and granted.    bd |
| Oct. 14 | | REQUESTS for admission and interrogatory – filed by U.S.    bd |
| Oct. 16 | | DEFENDANTS' objections to interrogatories and REQUEST for productio<br>– filed.    jw |
| Oct. 16 | | DEFENDANTS' objections to interrogatory and REQUEST for production<br>of documents – filed.    jw |
| Oct. 16 | | DEFNEDANTS' objections to pltf.'s request for admission and interro<br>gatory – filed.    jw |
| Oct. 16 | | DEFENDANTS' objections to pltf.'s request for production – filed. j<br> |
| Oct. 16 | | INTERROGATORIES and REQUEST for production – filed by pltf.    jw |
| Oct. 20 | | NOTICE of taking deposition of Dr. C.J. Bartlett – filed by U.S.    b |
| Oct. 21 | | NOTICE returnable 10-24-80 together with MOTION to compel responses<br>to discovery requests; MEMORANDUM in support of same – filed<br>by U.S.    dj |
| Oct. 21 | | NOTICE returnable 10-24-80 together with MOTION for stay and State-<br>ment in support thereof; AFFIDAVIT of Cornelius O'Kane – filed<br>by Defts.    dj |
| Oct. 22 | | NOTICE returnable 10-24-80 together with MOTION to extend time to<br>respond to Pltf's discovery and Statement in support thereof –<br>filed by Defts.    dj |
| Oct. 24 | | TRIAL PROCEEDINGS: (AVB) Reporter: Brayboy. Appearances of counsel<br>This matter came on for hearing on Govt's motion to compel res<br>to discovery requests – stayed. Deft's motion for stay –<br>argued and granted. Defts' motion to extend time to respond t<br>pltf's discoery – stayed. Court to prepare order.    cc |
| Oct. 24 | | ORDERED that a petition for a writ of certiorari to the Supreme Cou<br>has been filed by the defts, this action, including all discov<br>is stayed to abide the judgment of the Supreme Court. Should<br>the petition for a writ of certiorari be denied, or should the<br>judgment of the US Court of Appeals for the Fourth Circuit be<br>affirmed by the Supreme Court, then the parties shall forthwit<br>proceed to prepare for trial and the case will be set for tria<br>promptly thereafter. (AVB) Entered and filed. Copies sent. |
| Oct. 28 | | NOTICE returnable 10-31-80 together with MOTION for reconsideration<br>MEMORANDUM in support of same – filed by U.S.    dj |
| Oct. 31 | | TRIAL PROCEEDINGS:(AVB)(Reporter-Brayboy) This matter came on for<br>hearing on motions. Appearances of counsel. Motion of U.S. for<br>reconsideration of order of 10/24/80 – argued and denied. jec |
| Oct. 31 | | DEFENDANTS' opposition to plaintiff's motion for reconsideration –<br>filed in Open Court.    jec |
| Dec. 4 | | RECORD in 25 volumes returned to U.S.C.A. excluding exhibits. co |
| 1981 | | |
| Jan. 13 | | NOTICE returnable 1-16-81 together with MOTION to compel responses<br>to discovery requests and MEMO. in support of the same – filed<br>by U.S.    jn |
| Jan. 13 | | ANSWERS to interrogatories – filed by U.S. jn |
| Jan. 13 | | REQUEST for production of documents – filed by U.S. jn |
| Jan. 13 | | REQUESTS for admissions (second set) – filed by U.S. jn |

DC-111A REV. (1/75)

DC 111A
Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET    FPI-MAR-2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | DOCKET NO. 78-862-A |
|---|---|---|
| UNITED STATES OF AMERICA | COUNTY OF FAIRFAX, VA., etal | PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Jan. 16 | | MEMORANDUM of Law in opposition to Pltf's motion to compel, together with AFFIDAVITS of Clifford E. Gaskins and Betty A. Tiches - filed by defts. in open court.    mh |
| Jan. 16 | | TRIAL PROCEEDINGS: J. Bryan; Reporter-Brayboy; This matter came on for hearing of motions. Appearances of counsel. U.S. Motion to compel responses to discovery requests - argued and granted, responses to be filed in 30 days. Case set for trial by the Court on 3-17-81. Discovery cut-off is 3-1-81. Lists of witnesses and exhibits to be filed by 3-9-81. Court to prepare order.    mh |
| Jan. 16 | | ORDER in accordance with the Court's ruling from the bench earlier this day ... - entered and filed. Copies sent.    (AVB)    mh |
| Jan. 21 | | INTERROGATORY and REQUEST for PRODUCTION of DOCUMENTS propounded to pltf. - filed by defts.    mh |
| Jan. 22 | | INTERROGATORY and REQUEST for PRODUCTION of DOCUMENTS propounded to pltf. - filed by defts.    mh |
| Jan. 23 | | CERTIFIED copy of order of U.S.S.C. denying petition for writ of cert. - received & filed.    co |
| Jan. 30 | | SUPPLEMENTAL answers to defts' interrogatories - filed by pltf.    cc |
| Feb. 9 | | PLAINTIFF'S objections to defts.' interrogatory and request for production of documents - filed.    jw |
| Feb. 10 | | NOTICE of taking deposition of the County of Fairfax - filed by U.S. |
| Feb. 13 | | RESPONSE to request for production dated 1-13-81 - filed by defts. jn |
| Feb. 18 | | RESPONSE to production served 9-29-80 - filed by defts.    bd |
| Feb. 18 | | RESPONSE to request for admissions - filed by defts.    bd |
| Feb. 18 | | RESPONSE to requests for admission (second set) - filed by defts.    bd |
| Feb. 18 | | RESPONSE to interrogatory and request for production of documents dated 10-1-80 - filed by defts.    bd |
| Feb. 18 | | RESPONSES to pltf's interrogatories served 10-1-80 (the interr. served on 9-15-80 are the same as the 10-1-80, answers respond to both sets) - filed by defts.    bd |
| Feb. 18 | | NOTICE returnable 2-20-81 together with MOTION to limit Defts. proof, or, in the alternative, to compel outstanding discovery; to extend time for discovery; to deem all requests for admission to be admitted; MEMORANDUM in support of same; AFFIDAVIT of Katherine P. Ransel - filed by U.S.    dj |
| Feb. 20 | | AFFIDAVIT of Paul L. Baldino - filed.    dj |
| Feb. 20 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: Brayboy. Appearances of counsel. This matter came on for hearing of Motions. U.S. Motion to limit Defts' proof, or to compel outstanding discovery - granted. U. S. Motion to extend time for discovery - denied; U. S. Motion to deem all requests for admission to be admitted - denied.    dj |
| Feb. 20 | | NOTICE of taking deposition of defts. - filed by pltf.    rw |
| Feb. 23 | | NOTICE returnable 2-27-81 together with MOTION to compel discovery and enforce Court Order of 1-16-81; AFFIDAVIT of Katherine P. Ransel; MEMORANDUM in support of same - filed by U.S.    dj |

( OVER)

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—2-14-79-50M-153

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Feb. 24 | | RESPONSE to defts' Interrogatory and Request for Production of Documents - filed by pltf.    rw |
| Feb. 24 | | ANSWER to defts' Interrogatory and Request for Production of Docume filed by U.S.    rw |
| Feb. 25 | | SUPPLEMENTAL ANSWER to Pltf's interrogatories served 10-14-80 - fil by defts.    mh |
| Feb. 27 | | OPPOSITION to Pltf's Motion to compel discovery & enforce Court Order of 1-16-81 - filed by Defts.    dj |
| Feb. 27 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: Brayboy. Appearances of counsel. This matter came on for hearing of U. S. Motion To compel discovery & enforce Court Order of 1-16-81 - argued and granted. Court to prepare Order.    dj |
| Feb. 27 | | ORDERED that pltf's motion to compel answer to interrogatory No. 7 is denied except that the defts shall furnish promptly informat to who took which tests in a form which reveals this informatic Motion to compel answers to requests for admissions 110-164 is granted provided that the request of the defts. to furnish the basis of any denial of a request for admission need not be comp with. Defts. shall furnish by the close of business on 2-28-81 possible, and no later that 3-2-81, copies of computer runs discussed during oral argument, and pltf. shall have 3-2--81 ar 3-3-81 to examine the data related to those computer runs. (AVE Entered and filed. Copies sent.    cc |
| Mar. 2 | | TRANSCRIPT of Motion proceedings on 10-20-80 - filed.    rw |
| Mar. 2 | | TRANSCRIPT of Motion proceedings on 10-31-80 - filed.    rw |
| Mar. 2 | | TRANSCRIPT of Motion proceedings on 1-16-81 - filed.    rw |
| Mar. 2 | | TRANSCRIPT of Motion proceedings on 2-20-81 - filed.    rw |
| Mar. 2 | | TRANSCRIPT of Motion proceedings on 2-27-81 - filed.    rw |
| Mar. 9 | | DEFENDANTS' supplemental response to request for admission - filed |
| Mar. 9 | | SUPPLEMENTAL answers to defts' interrogatories of October 3, 1980 - filed by pltf.    cc |
| Mar. 9 | | WITNESS list and list of proposed exhibits - filed by defts.    cc |
| Mar. 9 | | NOTICE returnable 3-13-81 together with MOTION to compel Defts. to respond to Pltf's Requests for Admission propounded on 10-10-80 filed by U.S.    dj   Resolved. |
| Mar. 9 | | WITNESS List - filed by U.S.    dj |
| Mar. 9 | | EXHIBIT List - filed by U.S.    dj |
| Mar. 13 | | TRIAL MEMORANDUM - filed by defts.    mh |
| Mar. 16 | | DEPOSITION of Cornelius J. O'Kane - received.    mh |
| Mar. 16 | | DEPOSITION of Paul L. Baldino - received.    mh |
| Mar. 16 | | DEPOSITION of Ilene Blake - received.    mh |
| Mar. 16 | | DEPOSITION of Larry Coons - received.    mh |
| Mar. 16 | | DEPOSITION of Glen Ehrich - received.    mh |
| Mar. 16 | | DEPOSITION of Thadeus Hartman - received. jw |
| Mar. 16 | | DEPOSITION of Michael Lanza - received. jw |
| Mar. 16 | | DEPOSITION of Donald Gantz - received.  jw |
| Mar. 16 | | DEPOSITION of Claude J. Bartlett - recieved. jw |
| Mar. 16 | | DEPOSITION of Eugene Gray - received. jw |
| Mar. 16 | | DEPOSITION of Merle E. Black, III - received.   jw |
| Mar. 16 | | DEPOSITION of Daniel J. Lanigan - received.   jw |

CIVIL DOCKET CONTINUATION SHEET                                           FPI-MI-3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| U. S. | CO. OF FAIRFAX, ET AL | DOCKET NO. 78-862-A<br>PAGE 6 OF ___ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| Mar. 16 | | DEPOSITION of Charles Hargrove - received. jw |
| Mar. 16 | | DEPOSITION of Robert A. Geralds - received. jw |
| Mar. 16 | | DEPOSITION of Howard R. Bloch - received. jw |
| Mar. 16 | | DEPOSITION of Kenneth J. Revoir - received. |
| Mar. 16 | | DEPOSITION of Lee-Ann C. Hayek - received.  mh |
| Mar. 16 | | OBJECTIONS to deft's exhibits - filed by U.S.   cc |
| Mar. 16 | | UNCONTESTED facts - filed by U.S.   cc |
| Mar. 16 | | PROPOSED findings of fact for the U.S. - filed by U.S.   cc |
| Mar. 16 | | PROPOSED conclusions of law - filed by U.S.   cc |
| Mar. 17 | | PRETRIAL BRIEF - filed by the United States.   jec |
| Mar. 17 | | RESUME of John J. Miller - filed in Open Court. jec |
| Mar. 17 | | VITA of Howard R. Block - filed in Open Court   jec |
| Mar. 17 | | VITA of Donald T. Gantz - filed in Open Court.   jec |
| Mar. 17 | | VITA of Charles C. Hargrove - filed in Open Court.   jec |
| Mar. 17 | | RESUME of Jeffrey A. Rosolio - filed in Open Court. jec |
| Mar. 17 | | TRIAL PROCEEDINGS:(AVB)(Reporter-Brayboy) This cause came on for trial by the Court. Appearances of parties with counsel. Rule on witnesses. Opening statements made. Government adduced evidence and rests. Defendant adduced evidence. Court adjourned to return on March 18, 1981 at 10:00 a.m..  jec |
| Mar. 17 | | LIST of correction to the deposition of Daniel J. Lanigan - filed in Open Court.  jec |
| Mar. 17 | | LIST of corrections to the deposition of Charles Hargrove - filed in Open Court.  jec |
| Mar. 18 | | TRIAL PROCEEDINGS:(AVB)(Reporter-Brayboy) This matter came on for further trial by the Court continued from March 17, 1981. Appearances as previous. Defendant adduced further evidence. Court adjourned to return on March 23, 1981 at 10:00 a.m..  jec |
| Mar. 23 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: Bryaboy. This matter came on for further trial by the Court. Appearances as previous. Deft concluded evidnece and rests. Govt. adduced rebuttal evidence a rests. Closing arguments heard. Case taken under advisement. tb |
| Mar. 24 | | COMPLETE record returned from the U.S.C.A. jn |
| Mar. 26 | | REVISIONS to Proposed Findings of Fact - filed by defts.   mh |
| Mar. 30 | | MEMORANDUM OPINION - filed. (AVB)   rw |
| Mar. 30 | | ORDER in accordance with Memorandum Opinion enjoining defts. etc. from discriminating against any employee or applicant for employment with the Co. of Fairfax because of race or sex. etc. further proceedings to determine relief to victims of discrimination to be determined in approximately 3 mos. before a special master; 15 days from date of this Decree the U.S. to submit a proposed order of reference for the special master and defts. have 7 days to respond; the court shall retain jurisdiction for such further orders - entered and filed. Copies sent (AVB)   rw |
| Apr. 9 | | MOTION to alter or amend Court's Decree of 3-30-81 - filed by U.S. dj |
| Apr. 9 | | NOTICE of submisssion to and determination by the Court without oral hearing, above Motion to alter or amend Court's Decree of 3-30-81 - filed by U.S.    dj |
| Apr. 9 | | NOTICE returnable 4-24-81 together with MOTION for reconsideration and Statement in support thereof - filed by Defts.   dj |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET  FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. 78-0862 |
| | | PAGE ___ OF ___ PAGES |

| DATE 1981 | NR. | PROCEEDINGS |
|---|---|---|
| Apr. 15 | | MEMORANDUM in support of United States' proposed order of reference - filed. jw |
| Apr. 20 | | RESPONSE to Defts' Motion for reconsideration - filed by U.S. dj |
| Apr. 24 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: Faw. This matter came on for hearing of Motion. Appearances of counsel. Defts' Motion for reconsideration of decision of 3-30-81 - argued and granted in part, denied in part. Court to prepare Order. dj |
| Apr. 27 | | OPPOSITION to Pltf's Motion to alter or amend - filed by Fairfax Defts. dj |
| Apr. 28 | | REPORT pursuant to the decree requiring semi-annual reports, etc. rec'd. from deft. Co. of Fairfax. bd |
| Apr. 27 | | NOTICE returnable 5-8-81 for hearing on Proposed Order of Reference MEMORANDUM of Points and Authorities in support of same - file by Defts. dj |
| Apr. 27 | | ORDERED that the defts' Motion for Reconsideration is denied except insofar as it requests the court to delete the words "or women from paragraph 2 (page 2, line 10) of the decree of March 30,1 and that request is granted, further ORDERED that the Motion t Alter or Amend is denied; however, the court concurs with typographical errors in the Memorandum Opinion which pltf. has brought to the court's attention. (AVB) Entered and filed. Cop sent with corrected copy of Decree and Memorandum Opinion. cc |
| May 4 | | REPLY in support of its proposed Order of Reference - filed by U.S. |
| May 6 | | TRANSCRIPTS of proceedings on 3-17-81, 3-18, 81 and 3-23-81 (3 vols - filed. jw |
| May 8 | | TRIAL PROCEEDINGS: J. Bryan; Reporter-McCoy; Appearances of cou This matter came on for hearing of motions. Defts' Motion for hearing on Proposed Order of Reference - arguments heard and ma taken under advisement. mh |
| May 11 | | THE UNITED STATES' supplemental memorandum in support of its propos order of reference - filed. jw |
| May 12 | | ORDER appointing Thomas Rawles Jones as Special Master, etc after completion of discovery, deft. to give notice to all potential claimants as specified, notice shall provide that all perso who desire to advance claims must notify the Master within 20 days, entered - filed Copies sent (AVB) jw |
| May 19 | | TRANSCRIPT of proceedings on 4-24-81 - filed. jw |
| May 29 | | NOTICE of appeal of Order of 3-30-81, as amended by 4-24-81 and the Order of 5-12-81 - filed by defts. Copy of notice mailed to Bridgman. Copy of notice & docket entries mailed to U.S.C.A. (no other copies mailed to U.S.C.A. because R. Jones has file) |
| Jun. 1 | | MOTION for waiver of bond and statement in support thereof and ORDER granting the same entered - filed. Copies sent. (AVB) jn |
| Jun. 5 | | NOTICE returnable 6-12-81 together with MOTION for stay and Stateme in support of same; AFFIDAVIT of Cornelius O'Kane - filed by Defts. dj |
| Jun. 5 | | PROPOSED findings of fact and conclusions of law - filed by defts. (FILED: 3-23-81) jn |
| Jun. 5 | | SUPPLEMENTAL findings of facts and conclusions of law - filed by U.S. (FILED: 3-26-81) jn |
| Jun. 5 | | SUPPLEMENTAL exhibit list - filed by U.S. (FILED: 3-26-81) jn |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET     FPI.MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. 78=862-A |
|---|---|---|
| U.S. | COUNTY OF FAIRFAX, et al | PAGE 1 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| June 15 | | OPPOSITION to Motion for Stay - filed by U.S.    dj |
| June 15 | | NOTICE returnable 6-19-81 together with MOTION for preservation of records; MEMORANDUM in support of same - filed by U.S.    dj |
| June 19 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: McCoy. Appearances of counsel. This matter came on for hearing of Motion. U. S. Motion for for preservation of records - argued and denied. Defts' Motion for stay pending appeal - argued and denied, and granted as to any monitary award. Court to prepare Order.    dj |
| June 19 | | ORDER in accordance with trial proceedings of 6-19-81 - entered & filed. Copies sent. (AVB)    dj |
| Jun. 24 | | COPY of letter from special master setting forth the following dates: discovery to be completed by 8-7-81; final list of persons to be given mail notice shall be provided by 8-12-81; status hearing on 8-18-81 at 2:00 p.m.; notice period 8-24-81 through 9-18-81; claims period through 10-8-81; status hearing on 10-13-81 at 2:00 p.m.; discovery of claimants shall begin during the claims period as claims are received - filed. jn |
| Jun. 26 | | NOTICE of appeal of Order of 3-30-81 and 4-27-81 - filed by pltf. Copy of notice mailed to Gould and Jones. Copy of notice, orders and docket entries mailed to U.S.C.A. jn |
| Jul. 9 | | TRANSCRIPT of proceedings on 6-19-81 - filed. jn |
| Jul. 9 | | RECORD on appeal in 15 volumes mailed to the U.S.C.A. jn |
| Jul. 23 | | CERTIFIED copy of Order of U.S.C.A. dismissing the appeal received & filed. Complete record returned. jn |
| Aug. 31 | | NOTICE returnable 9-11-81 together with MOTION for leave to intervene as Plaintiffs; BRIEF in support of same - filed by James W. Jones, et al.    dj |
| Sep. 10 | | RESPONSE to Motion For Intervention - filed by U.S.    rw |
| Sep. 11 | | TRIAL PROCEEDINGS: Judge Lewis. Reporter: McClure. Appearances of counsel. This matter came on for hearing of Motion. James W. Jones, et al's Motion for leave to Intervene as Plaintiffs - argued and continued until 1st Friday Judge Bryan cn hear the Motion (10-2-81).    dj |
| Oct. 1 | | REPLY for Intervention to U.S. Response - filed by Applicants for Intervention.    dj |
| Oct. 1 | | AFFIDAVIT of James W. Jones in support of above Reply - filed.    dj |
| Oct. 1 | | TRIAL PROCEEDINGS: J. Bryan. Reporter: McCoy. This matter came on for hearing on James W. Jones et al motion for leave to interven as plaintiffs. Appearances of counsel. motion argued and denied. Court to prepare order. tb |
| Oct. 2 | | ORDER denying the motion of James W. Jones, et al, to intervene pursuant to F.R. Civ. P. 24(a) and 24(b)-entered and filed. AVB    Copies to counsel. rb |
| Oct. 6 | | ORDERED that the appearance of Jack L. Gould, Esq. as counsel for the defts is hereby withdrawn. (AVB)    Entered and filed. Copies sent.    cc |
| Oct. 23 | | NOTICE returnable 10-30-81 together with MOTION to clarify and/or amend Order of Reference entered 5-12-81 (AVB); MEMORANDUM of Points and Authorities in support of same - filed by Defts.    dj |
| Oct. 29 | | RESPONSE to Motion to clarify and/or amend Order of Reference - filed by U.S.    dj |

DC-111A REV. (1/75)

CIVIL DOCKET CONTINUATION SHEET                                      FPI-MI—3-14-75-50M-3511

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Oct. 29 | | REPLY in support of Motion to clarify and/or amend Order of Reference - filed by Defts.   dj |
| Oct. 30 | | TRIAL PROCEEDINGS: (AVB) Reporter: McCoy. This matter comes on for hearing on defts.' motion. Appearances: of counsel. Defts.' motion to clarify and/or amend order of reference entered 5-12 argued and granted. Order to follow.   jw |
| Oct. 30 | | NOTICE of appeal of Order of 10-2-81 - filed by entervener. Copy of notice mailed to Bridgman, Ransel, Howell & Jones. Copy of Notice, Order & docket entries mailed to U.S.C.A. (filed 10/ |
| Oct. 30 | | APPEAL undertaking in the amount of $250.00 (cash) - filed by intervener.   jp |
| Nov. 5 | | MEMORANDUM of the United States in support of its proposed order - filed by U.S.   cc |
| Nov. 6 | | TRIAL PROCEEDINGS: (AVB) Reporter: MCCoy. This matter comes on for hearing on motions. Appearances: of counsel. Motion for determination or approval of summary judgment procedure - granted Order to follow.   jw |
| Nov. 9 | | MEMORANDUM OPINION - filed.  (AVB)  rb Copies sent. |
| Nov. 9 | | ORDER directing that in addition to the defenses set forth in paragraph 6 of the Order of reference(10-02-81), the defts may present, and the Master may consider, evidence of other non-discriminatory bases for the employment decision which are demonstrated by defts to have been validated or required by business necessity or part of an affirmative action plan at the time the position was filled; in the instances where defts demonstrate that (1) the claimant is a white female and the appointee for that position was also a white female; (2) the claimant is a black male and the appointee is a black male; (3) the claimant is a black female and the appointee is a black female; (4) the claimant is a white female and the appointee is a black female; or (5) the claimant is a black male and the appointee is a black female; the claim should be dismissed at the summary judgment stage unless pltf produces evidence indicating that the individual claimant was discriminated against on the basis of race or sex, whichever is applicable;  *** etc., in situations not covered above, the defts shall be permitted to introduce into evidence the fact that a position in question was filled by a minority or female as part of their defense that there was a non-discriminatory reason for making the challenged employed decision. The Special Master may consider this evidence along all other evidence in making his determination - entered and filed.  (AVB)  Copies sent.  rb |
| Nov. 12 | | ORDER that the Special Master shall have the authority to dispose of certain claims in summary proceedings without conducting a full evidentiary hearing, etc., entered - filed Copies sent (AVB) jw |

DC-111A REV. (1/75)

DC 1113
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET                    FPI—MAR—2-14-79-50M-1534

| PLAINTIFF | DEFENDANT | DOCKET NO. 78-0862-A |
|---|---|---|
| UNITED STATES OF AMERICA | COUNTY OF FAIRFAX, VA., et al | PAGE 8 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1981 | | |
| Nov. 27 | | TRANSCRIPT of motion proceedings before AVB on 5-8-81 - filed.  mh |
| Nov. 27 | | TRANSCRIPT of motion proceedings before AVB on 10-2-81 - filed.  mh |
| Dec. 10 | | MOTION to Intervene and for TRO; MEMORANDUM of Points and Authorities in support of same - filed by Ronald Edward Fisher.  dj |
| Dec. 11 | | TRIAL PROCEEDINGS: (AVB) Reporter: McCoy.  Appearances of Counsel. This matter came on for hearing Ronald Edward Fisher's Motion to intervene and for TRO - argued and denied. Court to prepare Order.  cc |
| Dec. 11 | | ORDERED that the motion of Ronald Edward Fisher to intervene and for a temporary restraining order is DENIED. (AVB) Entered and filed Copies sent.  cc |
| 1982 | | |
| Feb. 8 | | ORDER amending the procedure for handling summary disposition of claims such that claimants need not be sent notice of the hearing where an attorney for the U.S. Certifies that the position taken by the U.S. on summary disposition has been thoroughly discussed with the claimant and that the claimant does not contest that position. Entered and filed 2/5/82. (AVB) Copies to counsel.  rb |
| Feb. 10 | | NOTICE returnable 2-19-82 together with APPEAL from discovery rulings of Special Master and Motion for Order allowing requested discov with MEMORANDUM in support of same - filed by defendants.  mh |
| Feb. 18 | | RESPONSE to Appeal from Discovery Rulings of Special Master - filed by U.S.  rw |
| Apr. 29 | | CONSENT DECREE enjoining defts., etc. from engaging in any act or practice which has the purpose or effect of discriminating against any employee of, or applicant or potential applicant for employment with the Co. of Fairfax, because of individual's race or sex, etc.; the Court shall retain jurisdiction of this action for such further orders as may be necessary to effectuate the purposes of this Decree - ent. & filed. Copies sent. (AVB)  bd |
| May 6 | | JOINT MOTION for amendment of Appendix B of the Consent Decree - filed.  mh |
| May 6 | | ORDERED that the amendments reflected in the attachment to this order, entitled "Amendments to Appendix B," are entered in the place of the entries on the original Appendix B for those claimants - entered and filed. (AVB) Copies sent.  mh |
| Dec 13 | | CERTIFIED copy of Order of USCA, dated Dec. 7, 1982, dismissing the appeal, upon the stipulation of the parties, court costs to be paid by appellants - received and filed.  rb |
| 1983 | | |
| Jan. 5 | | ORDER to Refund Appeal Bond to counsel for Applicants for Intervention entered and filed (AVB). Copies sent.  sp |
| 1985 | | |
| Jan. 29 | | ORDER that the Sp. Master in this case are concluded and released from any further responsibilties in this case, and the court will retain jurisdiction until 1-31-87, entered - filed Copies sent (AVB) jw |

- OVER -

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET    FPI—MAR—2-14-79-50M-15:

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ____ OF ____ PAGE: |

| DATE 1990 | NR. | PROCEEDINGS |
|---|---|---|
| Jan 8 | | MOTION for leave to intervene - filed by Suzanne G. Devlin. sg(will |
| Jan 8 | | MEMORANDUM of points and authorities in support of Suzanne G. Devli petition to intervene - filed by Suzanne G. Devlin. sg |
| Jan 8 | | PETITION by Suzanne G. Devlin - filed sg |
| Jan 22 | | MEMO. in opposition to Devlin's motion to intervene - filed by deft Fairfax County.   cc |
| Jan 22 | | NOTICE Returnable 2-16-90 for Motion for leave to intervene - filed Suzanne Devlin   cc |
| Jan 31 | | RESPONSE to deft. Fairfax County, VA's memorandum of points and authorities in opposition to Devlin's motion to intervene - filed by U.S.A. sg |
| Feb 16 | | CONSENT ORDER that Suzanne G. Devlin's Motion for Leave to w/d her petition to intervene is granted - entered and filed. Copies sent (AVB)   rw |
| Mar 28 | | NOTICE Returnable 4-6-90 together with MOTION for leave to conduct decree discovery; MEMO. in support of same - filed by US.   cc |
| Apr 5 | | Memo in opposition to the request for post decree discovery - fil by deft. County of Fairfax.   cc |
| Apr. 6 | | TRIAL PROCEEDINGS: Judge Brinkema; Reporter Casamo. This matter came on for hearing on motions. Appearance of counsel. Pltf.'s motion for leave to conduct post decree discovery - argued and granted. cs |
| Apr 6 | | ORDER granting motion for leave to conduct post-decree dis.. Pltf directed to redraft new, properly narrowed discovery request. Entered and filed. Copies sent. (LMB) cs |
| Apr 16 | | NOTICE returnable 5-4-90 together with APPEAL OF Magistrate's rul 4--6-90 - filed by deft. Fairfax County.   cc |
| Apr 20 | | NOTICE returnable 5-4-90 together with MOTION For reconsideration order of 4-6-90; MEMO. in support of same - filed by pltf.   cc |
| Apr 26 | | MEMO. in opposition to defts' appeal of Magistrate's ruling - filed by US.   cc |
| May 3 | | MEMO. in opposition to US' motion for reconsideration of 4-6-90 order regarding discovery - filed by defts with affidavits of Peter Andreoli, Jr. and Charles Hargrove.   cc |
| May 4 | | TRIAL PROCEEDINGS: Judge Bryan. Reporter: McCoy. Counsel appeared. Deft. Fairfax Co.'s appeal of Magistrate's ruling of 4-6-90 argued and Mag. affirmed. Pltf.'s motion for reconsideration of order of 4-6-90 argued and granted. sp |
| May 4 | | ORDER in accordance w/trial proceedings - entered and filed(AVB). Copies sent. sp |
| Jun 19 | | NOTICE returnable 6-22-90 together with MOTION to compel discovery; MEMO. in support of same - filed by US.   cc |
| Jun 21 | | MEMO. in opposition to the US' moton to compel discovery - filed by deft. County of Fairfax.   cc |
| June 22 | | TRIAL PROCEEDINGS (LMB). Reporter: Krivonak (Rudiger & Green. Coun appeared. U.S.' motion to compel discovery argued and granted part and held in abeyance in part.   sp |
| June 22 | | ORDERED that the law firm of Slenker, Brandt, Jennings and Johnston is substituted for Office of Co. Atty. as counsel for deft. FX Co. Sheriff's Dept. - entered and filed(LMB) in open Court. Copies sent. sp |
| Jun 22 | | ORDER in accordance with trial proceedings that pltf.'s motion to compel discove documents is granted in part and denied in part (LMB) See order for details. Enetered and filed. Copies sent.   cc |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | 78-0862 |
|---|---|---|
| United States of America | County of Fairfax, et al | DOCKET NO. _____ PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1990 | | |
| Jul 2 | | RECORD in one (1) volume received from USCA - krv |
| Jul 6 | | NOTICE of Appeal of Magistrate's Ruling of 6-22-90 pursuant to F.R. Civ P. 72(a) (will notice) - filed by pltf. krv |
| Jul 9 | | NOTICE Returnable 7-13-90 for appeal of Magistrate's rulig of 6-22-9( filed by pltf. cc |
| Jul 12 | | MEMO. in opposition to US' motion for reconsideration of 6-22-90 order regarding discovery - filed by deft. County of Fairfax. c |
| July 13 | | TRIAL PROCEEDINGS: Judge Bryan. Reporter: McCoy. Counsel appeared. Pltf.'s appeal of Magistrate's order of 6-22-90 argued and Magistrate affirmed. sp |
| July 13 | | ORDERED that the motion of pltf. for reconsideration of Magistrate's ruling of 6-22-90 is denied - entered and filed(AVB). Copies sent. sp |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. |
|---|---|---|
| | | PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| | | |