# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| Plaintiff, | : | Case No. 78-862-A |
| v. | : | |
| **FAIRFAX COUNTY, et al.,** | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

The United States of America (United States) and the County of Fairfax (the County), on behalf of the Fairfax County Police Department (PD) and the Fairfax County Fire and Rescue Department (FRD), submit this Joint Status Report to inform the Court about the parties' progress towards dissolution of the Consent Decree (Decree) governing this case.

### I. Fire and Rescue Department

The parties continue to hold regularly scheduled calls to discuss any concerns the United States has about, or changes the FRD proposes to, the FRD's employment policies, procedures or practices. At this time, the FRD continues to work with the United States on targeted modifications to its application and hiring process to ensure both the selection of qualified candidates and an equal employment opportunity for each candidate applying. The FRD is also developing policies and/or procedures to respond to concerns the United States raised regarding training opportunities related to promotions, and continues discussions with the United States regarding its transfer process. The

parties are actively working through feedback the United States and its EEO expert have provided to the County related to its EEO training for entry-level and supervisory employees, as well as its handling of EEO investigations.  In addition, the parties anticipate reaching consensus very soon on the County's policy memorandum prohibiting discrimination, harassment and retaliation.  Although the County had revised the policy in June 2017 with the United States' recommendations, the United States believes that this policy, along with some of the other policies and practices that the parties have worked on in the past, required additional modifications in the light of information the FRD has shared over time and input received by the United States from its EEO expert.

    **II.**    **Police Department**

Since the parties' submission of the October 2019 status report, the parties have continued to concentrate on the background portion of the Police Officer I position and the PD's EEO investigations, exchanging significant, substantive communications in both of these areas.  In addition, a considerable portion of the parties' efforts related to the EEO training referenced in Part I, above, applies to the PD as well, as a number of the trainings currently subject to discussion are County-wide trainings.

The parties continue to strive for an effective resolution on all outstanding issues and the filing of dissolution papers this year.  In four months, the parties will submit another status report and, if a motion for dissolution is not ripe at that time, the parties anticipate providing the court with a clear timeline for dissolution.

Date:  February___, 2020         Respectfully submitted,

                                 BRYAN J. HILL
                                 County Executive

                                 ELIZABETH D. TEARE
                                 County Attorney

                                 _____/s/_____
                             By: Karen L. Gibbons (Va. Bar No. 28859)
                                 Deputy County Attorney
                                 12000 Government Center Parkway
                                 Suite 549
                                 Fairfax, Virginia 22035-0084
                                 TEL:  (703) 324-2421
                                 FAX:  (703) 324-2665
                                 Counsel for County of Fairfax
                                 Karen.Gibbons@fairfaxcounty.gov

                                 _____/s/_____
                             By: Ann G. Killalea (Va. Bar No. 23913)
                                 Senior Assistant County Attorney
                                 12000 Government Center Parkway
                                 Suite 549
                                 Fairfax, Virginia 22035-0084
                                 TEL:  (703) 324-2421
                                 FAX:  (703) 324-2665
                                 Counsel for County of Fairfax
                                 Ann.Killalea@fairfaxcounty.gov

                                 **For Defendant County of Fairfax**

                                 G. ZACHARY TERWILLIGER
                                 United States Attorney

                                 _____/s/_____
                             By: STEVEN GORDON
                                 Assistant United States Attorney
                                 Eastern District of Virginia
                                 U.S. Attorney's Office
                                 Justin W. Williams U.S. Attorney's Bldg.
                                 2100 Jamieson Avenue
                                 Alexandria, VA 22314
                                 Tel: (703) 299-3817

Fax: (703) 299-3983
Steve.Gordon@usdoj.gov

ERIC DREIBAND
Assistant Attorney General
Civil Rights Division

DELORA L. KENNEBREW, Chief
(GA Bar No. 414320)

KAREN D. WOODARD, Deputy Chief
(Member of the Maryland Bar)

By:        /s/
    CAROLYN WEISS
(Member of the Maryland Bar)
Senior Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Avenue, N.W., PHB
Room 4036
Washington, D.C. 20530
Telephone: (202) 514-6269
Facsimile: (202) 514-1005
Email: carolyn.weiss@usdoj.gov

**For Plaintiff United States of America**