**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 78-862-A** |
| | : | |
| **FAIRFAX COUNTY, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

---

## JOINT STATUS REPORT

The United States of America ("United States") and the County of Fairfax ("the County"), on behalf of the Fairfax County Police Department ("PD") and the Fairfax County Fire and Rescue Department ("FRD"), submit this Joint Status Report to update the Court as to the status of the parties' efforts to work towards dissolution of the Consent Decree ("Decree") that governs this case.

On October 7, 2020, the parties submitted a Joint Status Report to the Court, indicating that they anticipated filing a motion for dissolution by the end of November 2020. *See* Dkt. 37 at 3. As stated in that pleading, the parties' expectation was based on the substantial progress that the parties had made with respect to remedial measures that the FRD and PD had implemented to address concerns the United States had raised regarding various employment practices. *See id.*

Since the filing of the October 2020 status report, the parties have continued to work diligently towards a resolution of the outstanding issues. Nevertheless, that work has not yet been completed. The efforts are time-intensive for several reasons, including that some of the work requires changes to policies, procedures and other documents,

which necessitates an iterative process that often involves multiple representatives of the

County as well as the United States, and some of the work requires data collection by the

FRD and PD and follow-up analyses by the United States, which often leads to

discussions between the parties and further action items.  The parties seek to reassure the

Court, however, that they remain committed both to ensuring that the remaining work is

properly completed and that such completion occurs as expeditiously as possible.

Based on the current status of the work remaining, the United States and the

County fully anticipate filing a joint motion for dissolution prior to the next joint status

report filing date, which is June 7, 2021.

Date:  February 5, 2021                              Respectfully submitted,

                                                     ELIZABETH D. TEARE
                                                     Fairfax County Attorney

                               By:     _____/s/_____
                                       Karen L. Gibbons (Va. Bar No. 28859)
                                       Deputy County Attorney
                                       12000 Government Center Parkway
                                       Suite 549
                                       Fairfax, Virginia 22035-0084
                                       TEL:  (703) 324-2421
                                       FAX:  (703) 324-2665
                                        Karen.Gibbons@fairfaxcounty.gov

                               By:     _____/s/_____
                                       Ann G. Killalea (Va. Bar No. 23913)
                                       Senior Assistant County Attorney
                                       12000 Government Center Parkway
                                       Suite 549
                                       Fairfax, Virginia 22035-0084
                                       TEL:  (703) 324-2421
                                       FAX:  (703) 324-2665
                                       Ann.Killalea@fairfaxcounty.gov

                                       **For Defendant County of Fairfax**

RAJ PAREKH
Acting United States Attorney


_____/s/_____

By:  STEVEN GORDON
     Assistant United States Attorney
     Eastern District of Virginia
     U.S. Attorney's Office
     Justin W. Williams U.S. Attorney's Bldg.
     2100 Jamieson Avenue
     Alexandria, VA 22314
     Tel: (703) 299-3817
     Fax: (703) 299-3983
     Steve.Gordon@usdoj.gov


     GREG B. FRIEL
     Deputy Assistant Attorney General
     Civil Rights Division

     DELORA L. KENNEBREW, Chief
     (GA Bar No. 414320)

     KAREN D. WOODARD, Deputy Chief
     (Member of the Maryland Bar)


_____/s/_____

By:  CAROLYN WEISS
     (Member of the Maryland Bar)
     Senior Trial Attorney
     U.S. Department of Justice
     Civil Rights Division
     Employment Litigation Section
     950 Pennsylvania Avenue, N.W., PHB
     Room 4036
     Washington, D.C.  20530
     Telephone: (202) 514-6269
     Facsimile: (202) 514-1005
     Email:  carolyn.weiss@usdoj.gov

     **For Plaintiff United States of America**